**Order entered February 15, 2024**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00269-CV

**EDUKID, LP, Appellant**

**V.**

**CITY OF PLANO, TEXAS, Appellee**

**On Appeal from the County Court at Law No. 7**
**Collin County, Texas**
**Trial Court Cause No. 007-01603-2017**

## ORDER

Before the Court is appellant's February 13, 2024 unopposed first motion to extend time to file its reply brief. We **GRANT** the motion and **ORDER** the brief filed no later than March 20, 2024.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE